IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  20-cv-02741-LTB-NRN

ANDREW BARRERA,

    Plaintiff,

v.

RUBADUE WIRE COMPANY, INC., a Colorado corporation,
MICHELLE BAYNE, an individual, and
TOM CRILLY, an individual,

    Defendants.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulated Notice of Dismissal (Doc 15 - filed December 1, 2021), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

          BY THE COURT:

           s/Lewis T. Babcock
          Lewis T. Babcock, Judge

DATED:   December 2, 2021